**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:11cv85**


| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE** | ) | |
| **CORPORATION AS RECEIVER FOR** | ) | |
| **THE BANK OF ASHEVILLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **RAYMOND A. CHAPMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| **_____** | ) | |

THIS MATTER is before the Court on the Amended Report of Mediator [Doc. 15] advising that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

IT IS, THEREFORE, ORDERED that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

IT IS SO ORDERED.

Signed: November 30, 2011

Martin Reidinger
United States District Judge