THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv85

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE BANK OF ASHEVILLE, )<br><br>Plaintiff, )<br><br>vs. )<br><br>RAYMOND A. CHAPMAN, )<br><br>Defendant. ) | <br><br><br><br><br><br>**O R D E R** |

**THIS MATTER** is before the Court on the Amended Report of Mediator [Doc. 15] advising that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: November 30, 2011

Martin Reidinger
United States District Judge