IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC

JAN - 6 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

CIVIL ACTION FILE NO. 1:11-cv-85-MR-DLH

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE BANK OF ASHEVILLE,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>RAYMOND M. CHAPMAN,<br>　　　　Defendant | ) ) ) ) ) ) ) ) ) ) | CONSENT JUDGMENT |

　　　　THIS CAUSE coming on to be heard and being heard, with the consent of the parties hereto, for final adjudication on the merits of Plaintiff's Complaint. The parties hereto hereby consent and agree to the form and entry of this Consent Judgment. Furthermore, the parties hereto expressly waive the requirements of Findings of Fact and Conclusions of Law and agree to be bound by this Consent Judgment, both at the trial court level and the appellate level.

　　　　THEREFORE, WITH THE CONSENT OF THE PARTIES, IT HEREBY IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

　　　　Plaintiff shall have and recover of Defendant Raymond M. Chapman the sum of Six Hundred Five Thousand, Six Hundred Twenty Five and No/100 Dollars ($605,625.00), plus interest at the legal rate from and after October 31, 2011 until paid in full.

　　　　This is a final judgment as to Plaintiff's Complaint and there is no just reason for delaying the entry of this judgment.

This the 6 day of January 2012.

_____
~~The Honorable Presiding Judge~~
united states District Judge

WE CONSENT:

_____  Bar No: 39430
Derek J. Allen by: Joseph Stanton
Derek J. Allen
N.C. State Bar I.D. No.: 24091
email: dja@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Plaintiff


_____
Edward L. Bleynat Jr., Esq.
Ferikes & Bleynat, PLLC
21 Broad Street
Asheville, NC 28801
Work Phone: (828) 251-1588
Fax: (828) 251-2214
Attorneys for Defendant

2

_____ [SEAL]
RAYMOND A. CHAPMAN


BUNCOMBE   COUNTY, NORTH CAROLINA

I certify that the following person personally appeared before me this day, acknowledging to me
that he signed the foregoing document: RAYMOND A. CHAPMAN

Date  12-29-11

(Official Seal)



Notary Public

My commission expires:

1-10-2015

3